a lengthy trial, and the consideration by this court and the Court of Appeals of its voluminous record, and the final determination of the controversy, to grant such relief would be eminently unfair to the plaintiff, especially now that the architect's evidence cannot be had. In this connection it may be observed that the contention of the appellant that the certificate was made, not at all as a result of the exercise of judgment by the architect, but wholly upon the mere say so of an assistant, whose experience and competency the appellant attacks, is somewhat astounding, in view of the long-continued connection the architect had with the construction of the building, and in view of the fact that he was present at the building, or the office run in connection therewith, daily during its construction until May 6, 1903, and under a weekly salary paid by the defendant.

We have considered other phases of the matter discussed by the appellant, but are of opinion that it is concluded upon these questions by the law of the case as already established.

We reach the conclusion that the order should be affirmed, with costs.

---

### NEIDLINGER v. STOKES.

(Supreme Court, Appellate Division, Second Department. January 24, 1908.)

Action by George H. Neidlinger against William E. D. Stokes. Judgment for plaintiff. From an order denying a new trial, defendant appeals. Affirmed.

Argued before JENKS, HOOKER, RICH, MILLER, and GAYNOR, JJ.

Abraham Gruber, for appellant.
Frank Harvey Field, for respondent.

PER CURIAM. Order affirmed, with costs, on the authority of Neidlinger v. Onward Construction Company (decided herewith) 109 N. Y. Supp. 717.

---

### NAVE v. KRIETE et al.

(Supreme Court, Appellate Term. April 10, 1908.)

Courts—Municipal Courts—Appeal—Defective Record.
    Where, on appeal to the Appellate Term from a Municipal Court judgment, the return was defective for failure to contain the complaint and answer, the record would be returned to the files of the court for correction.

Appeal from Municipal Court, Borough of Manhattan, Twelfth District.

Action by Mark D. Nave against Otto Kriete and another. From a Municipal Court judgment for plaintiff, defendants appeal. Record returned to files for correction.

Argued before GILDERSLEEVE, P. J., and SEABURY and DAYTON, JJ.